UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KASMERSKI, etc., et al., | ) | CASE NO. 1:07CV109 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| MALACHI HOUSE, | ) | ORDER |
| Defendant. | ) | |

On February 22, 2007, the parties executed a Settlement Agreement and Dismissal With Prejudice. Thereafter, the Court entered its Opinion and Order, determining reasonable attorney fees under the Fair Labor Standards Act. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

3/19/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
MAR 19 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND